IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KODIE EDMONDSON,

    Plaintiff,

v.                                                     CV 11-0337 LAM/CG

SOCORRO CONSOLIDATED SCHOOLS,

    Defendant.

## ORDER

The Court held a hearing on the Order to Show Cause on August 29, 2011. (Doc. 21). The Court discussed its concerns with Plaintiff's counsel. The Court informed counsel that it will take this matter under advisement for ninety (90) days. Provided that Plaintiff's counsel complies with all of her responsibilities in this case promptly and professionally, the Court will discharge the Order to Show Cause at the conclusion of the ninety days.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE